UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DURWIN HAMPTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Case No.: 6:21-CV-250-RAW-GLJ<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Durwin Hampton ("Plaintiff"), by and through his counsel, hereby respectfully requests that the Court, pursuant to Federal Rule of Civil Procedure 23, enter an order in the form prescribed in the proposed Preliminary Approval Order and set the following schedule:

| EVENT | DEADLINES |
|---|---|
| Commencement of Class Notice Plan | On the date of entry of the Preliminary Approval Order. |
| Start of Period for Class Members to submit Class Member Identification Forms | On the date of entry of the Preliminary Approval Order. |
| Class Notice to be substantially completed | Thirty (30) days after the issuance of the Preliminary Approval Order |
| Plaintiff's Motion, Memorandum of Law and Other Materials in Support of their Requested Award of Attorneys' Fees and Expenses, and Request for Class Representative Service Award to be Filed with the Court | Thirty (30) days after the issuance of the Preliminary Approval Order |
| Plaintiff's Motion, Memoranda of Law, and Other Materials in Support of Final Approval to be Filed with the Court | Thirty (30) days after the issuance of the Preliminary Approval Order |
| Deadline for Receipt of All Objections and Requests for Exclusion by Class Members | Sixty-five (65) days after the issuance of the Preliminary Approval Order |

| Deadline for filing Notice of Intent to Appear at Final Approval Hearing by Class Members and/or their Personal Attorneys | Sixty-five (65) days after the issuance of the Preliminary Approval Order |
|---|---|
| Deadline for Class Members to submit Class Member Identification Forms. | Sixty-five (65) days after the issuance of the Preliminary Approval Order |
| Deadline for Settlement Administrator to provide to Class Counsel and GM Counsel a final report detailing all proper and timely Requests for Exclusion | Seventy-five (75) days after the issuance of the Preliminary Approval Order |
| Any submission by the Parties concerning Final Approval of Settlement and Responses to any objections | Ninety (90) days after the issuance of the Preliminary Approval Order |
| Settlement Administrator Shall File the Results of the Dissemination of the Notice with the Court | No later than Twenty (20) days before the Final Approval Hearing |
| Final Approval Hearing | Within 120 days after the issuance of the Preliminary Approval Order |

Plaintiff respectfully requests the Court set a hearing on the Motion on May 19, 2025, May 20, 2025, May 22, 2025, or May 23, 2025, in the United States District Court, Eastern District of Oklahoma, before Magistrate Judge Gerald L. Jackson.

Plaintiff bring this motion on the grounds that: (a) the proposed settlement is fair, adequate, and reasonable; (b) the proposed forms and methods of notice satisfy due process and are reasonably calculated to reach the Class Members and apprise them of the essential terms of the Settlement Agreement and their rights with respect thereto; and (c) the proposed Class satisfies for settlement purposes the requirements of Rules 23.

In support of this Motion, Plaintiff submits the contemporaneously-filed Memorandum of Points and Authorities, the accompanying Joint Declaration of Class Counsel, the Settlement Agreement and the exhibits thereto.

Dated: April 30, 2025                    Respectfully submitted,

                                         */s/ H. Clay Barnett, III*
                                         H. Clay Barnett III (*pro hac vice*)
                                         W. Daniel "Dee" Miles III (*pro hac vice*)

J. Mitch Williams (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Al 36104
Phone: 334-269-2343
dee.miles@beasleyallen.com
clay.barnett@beasleyallen.com
mitch.williams@beasleyallen.com

Adam J. Levitt (*pro hac vice*)
John E. Tangren (*pro hac vice*)
Daniel R. Ferri (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Phone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com

Evan M. McLemore, OBA No. 31407
**LEVINSON, SMITH & HUFFMAN, PC**
1743 East 71st Street
Tulsa, OK
Phone: 918-492-4433
evan.mclemore@lsh-law-firm.com

*Attorneys for Plaintiff and the Class*