UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DURWIN HAMPTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No.: 6:21-CV-250-GLJ |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Durwin Hampton ("Plaintiff"), on behalf of himself and the Class, by and through his counsel, hereby respectfully requests that the Court enter an Order, substantially in the form of the concurrently-filed proposed Final Approval Order and Final Judgment:

1) Confirming the Settlement is fair, reasonable, and adequate, is in the best interest of the Class, and is in full compliance with all applicable requirements of the Federal Rules of Civil Procedure, including but not limited to Rule 23(e), due process, the Class Action Fairness Act, and any other applicable law;

2) Granting final approval of the Settlement, including the Settlement Agreement and all exhibits thereto;

3) Confirming that the Class meets all applicable requirements of Fed R. Civ. P. 23(a) and (b)(3);

4) Confirming certification of the Oklahoma Class for settlement purposes only;

5) Confirming that the Class Notice is reasonable and adequate and meets all applicable requirements of Fed. R. Civ. P. 23(a) and (b)(3);

6) Confirming that the Class Notice was provided to governmental authorities in compliance with the Class Action Fairness Act, 28 U.S.C. § 1715(d);

7) Confirming that Class Representative Durwin Hampton and Class Counsel have adequately represented the Class for purposes of entering into and implementing the Settlement Agreement;

8) Overruling any objections to the Settlement;

9) Finding that the form, content, and methods of disseminating Class Notice of the Settlement constituted the best notice practicable under the circumstances and satisfied Fed. R. Civ. P. 23(c) and due process;

10) Finding that only those persons/organizations/entities list on Appendix A of the Proposed Final Approval Order have timely and properly excluded themselves from the Class;

11) Releasing the claims of all Class Members in accordance with the terms of the Settlement;

12) Issuing a permanent injunction;

13) Dismissing the Action with prejudice as provided for by the Settlement; and

14) Issuing related relief, as appropriate.

This Motion is based on the contemporaneously-filed Memorandum of Points and Authorities submitted by Plaintiff and all supporting declarations, together with the Settlement Agreement and the exhibits thereto, the proposed form of the final order and final judgment, and any supplemental memoranda of law to be filed in support of final approval, and all pleadings, records, and papers filed with the Court in this action.

Dated: June 23, 2025

Respectfully submitted,

/s/ *H. Clay Barnett III*
H. Clay Barnett III (*pro hac vice*)
W. Daniel "Dee" Miles III (*pro hac vice*)
J. Mitch Williams (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Al 36104
Phone: 334-269-2343
dee.miles@beasleyallen.com
clay.barnett@beasleyallen.com
mitch.williams@beasleyallen.com

Adam J. Levitt (*pro hac vice*)
John E. Tangren (*pro hac vice*)
Daniel R. Ferri (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Phone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com

Evan M. McLemore, OBA No. 31407
**LEVINSON, SMITH & HUFFMAN, PC**
1743 East 71st Street
Tulsa, OK
Phone: 918-492-4433
evan.mclemore@lsh-law-firm.com

*Attorneys for Plaintiff and the Class*